## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

DALLAS BUYERS CLUB, LLC

                        Plaintiff,

v.                                                      Case No.: 1:14–cv–03521
                                                               Honorable Robert W. Gettleman

DOES 1–24

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2014:

      MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's motion for leave to take discovery prior to the Rule 26(f) conference [7] is granted. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.